UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| UNITED STATES OF AMERICA | * | CASE NO. 06 MG 6612-01 |
|---|---|---|
| VERSUS | * | |
| VICTOR MARQUEZ ESPANA | * | MAGISTRATE JUDGE HILL |

## DETENTION ORDER

A detention hearing was held on March 21, 2006, in accordance with 18 U.S.C. 3142(f). I conclude that the following facts require detention of the defendant.

## FINDINGS OF FACT

The defendant is a serious danger to the community and a flight risk.

## WRITTEN REASONS FOR DETENTION

The defendant is apparently a foreign national and is charged with the fraudulent use of immigration documents and the fraudulent use of a social security account number. Immigration authorities have placed a hold on the defendant. In view of the immigration hold placed on the defendant, the defendant waived his right to a detention hearing at this time, and knowingly and intelligently signed a waiver to that effect. If the defendant wishes to have a hearing in the future, he may request one at that time.

## DIRECTIONS REGARDING DETENTION

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant

shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correction facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

Lafayette, Louisiana, March 23, 2006.

C. MICHAEL HILL
UNITED STATES MAGISTRATE JUDGE